## SMITH v. STATE.

(Court of Criminal Appeals of Texas. Nov. 30, 1910.)

1. CRIMINAL LAW (§ 1094*)—APPEAL—RECORD —SUFFICIENCY.

Where the record contains neither bill of exceptions nor statement of facts, the judgment of the lower court must be affirmed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2807, 3204; Dec. Dig. § 1094.*]

2. CRIMINAL LAW (§ 1081*)—APPEAL—NOTICE OF APPEAL.

Where the record fails to show that notice of appeal was given, the court is without jurisdiction, and the appeal must be dismissed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2722–2724; Dec. Dig. § 1081.*]

Appeal from District Court, Bowie County; P. A. Turner, Judge.

Rosa Smith was convicted of theft from the person, and appeals. Dismissed.

John A. Mobley, Asst. Atty. Gen., for the State.

RAMSEY, J. On August 2d of this year appellant was convicted on a charge of theft

---

from the person, and her punishment assessed at confinement in the penitentiary for a period of two years.

As the record reaches us, it contains neither a statement of the facts nor bills of exception. It is obvious, therefore, in any event, if we are authorized to consider the appeal, that the judgment would be affirmed. However, an inspection of the record discloses the fact that no notice of appeal was given to this court by appellant, and we are therefore without jurisdiction to hear and determine the cause.

For this reason, it is ordered that the appeal be and the same is hereby dismissed.